DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUDI FLEMMINGS,**
Appellant,

v.

**CIAN THOMPSON,**
Appellee.

No. 4D2025-3462

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Wigand, Judge; L.T. Case No. 062024DR020575AXXXCE.

Audi Flemmings, Sunrise, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***